DEFENDANT: LUCY GRACE NELSON, a/k/a Justin Thomas Nelson

YOB: 1982

COMPLAINT FILED? ___x___ Yes _____ No

 If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____Yes ___x___ No

OFFENSE(S): COUNT 1: Malicious Destruction of Property, 18 U.S.C. § 844(i)

LOCAT. OF OFFENSE: Larimer County, Colorado

PENALTY: COUNT 1: NLT 5 years' imprisonment, NMT 20 years' imprisonment; NMT three years' supervised release; a maximum fine of $250,000; and a $100 mandatory victim's fund assessment fee.

AGENT: Special Agent Katrina Alconaba, ATF

AUTH. BY: Albert Buchman, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X___ five days or less _____ over five days

THE GOVERNMENT

___x___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.