IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00075-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUCY GRACE NELSON,

Defendant.

---

**MOTION TO STRIKE**

---

Ms. Lucy Grace Nelson (hereafter "Ms. Nelson"), by and through her counsel, Assistant Federal Public Defenders Mary V. Butterton and Stephanie Snyder, hereby respectfully requests that the Court strike the document filed at ECF No. 51 (Motion to Dismiss Indictment for Selective Prosecution and Motion to Compel Selective-Prosecution Discovery) from the docket. In support of this request, she states as follows:

1. On August 7, 2026, Ms. Nelson filed a Motion to Dismiss Indictment for Selective Prosecution and Motion to Compel Selective-Prosecution Discovery. Doc. 51.
2. After filing, undersigned counsel realized that one exhibit to that Motion included personally identifying information that should have been redacted. For this reason, Ms. Nelson is immediately refiling the Motion with the appropriate redactions. *See* Doc. 54.
3. Ms. Nelson respectfully requests that the Court strike the originally-filed motion (Doc. 51) to avoid inappropriate dissemination of personally identifying information on the public docket.

WHEREFORE, Ms. Nelson, through her counsel, hereby respectfully requests that the Court strike the document at ECF No. 51 (Motion to Dismiss Indictment for Selective Prosecution and Motion to Compel Selective-Prosecution Discovery).

Respectfully submitted,

MATTHEW K. BELCHER
Interim Federal Public Defender

*s/ Mary V. Butterton*
MARY V. BUTTERTON

*s/ Stephanie Snyder*
STEPHANIE SNYDER

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Stephanie_Snyder@fd.org
Attorneys for Lucy Grace Nelson

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I filed the foregoing ***MOTION TO STRIKE ECF NO. 51*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Cassandra J. Wiemken, Assistant United States Attorney
Email: cassandra.wiemken@usdoj.gov

Adam D. McConney, Assistant United States Attorney
Email: adam.mcconney@usdoj.gov

Bryan Fields, Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Lucy Grace Nelson (via U.S. mail)

*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Lucy Grace Nelson