IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00075-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LUCY GRACE NELSON,

Defendant.

---

**MOTION TO WITHDRAW**

---

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service. As grounds for this motion, the government states that AUSA Adam McConney is lead counsel of record in this case and is receiving electronic notice.

//

//

//

Wherefore, AUSA Cassandra Wiemken is no longer representing the United States in this matter, and the Government respectfully requests that electronic notice be terminated.

Respectfully submitted this 17th day of August 2026.

PETER MCNEILLY
United States Attorney

*By: s/Cassandra Wiemken*
CASSANDRA WIEMKEN
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: cassandra.wiemken@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/Valerie Nielsen*
VALERIE Nielsen
Legal Administrative Specialist
U.S. Attorney's Office – District of Colorado